# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAI LOUI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIDEON CONTRACTING, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00189-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE REQUESTS FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF ACTION<br><br>**MAY 16, 2023 DEADLINE** |

On February 8, 2023, Janai Loui ("Plaintiff") filed this action. (ECF No. 1.) A summons was returned executed on April 4, 2023, proffering service was completed on Defendant Gideon Contracting, LLC, on March 15, 2023, with an answer due April 5, 2023. (ECF No. 6.) A summons was returned executed on May 1, 2023, proffering service was completed on Defendant Daniel Tyson, on April 22, 2023, with an answer due May 15, 2023. (ECF No. 6.)

No responsive pleadings have been filed, nor a request for entry of default as to Defendant Gideon Contracting, LLC. Given a scheduling conference is set for May 23, 2023, the Court shall order Plaintiff to file a status report.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that **on or before May 16, 2023**, Plaintiff shall either file a request for entry of default on the non-responding Defendants, or some other notice regarding the status of this action regarding readiness to proceed into the scheduling conference. If Defendants have or will serve an answer, and the parties intend to proceed as normal into the scheduling conference, Plaintiff is not required to file any additional notice prior to the date the scheduling report is due, May 16, 2023, and the parties may simply file such scheduling report on that deadline.

IT IS SO ORDERED.

Dated:   **May 8, 2023**

UNITED STATES MAGISTRATE JUDGE