# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAI LOUI,<br><br>    Plaintiff,<br><br>    v.<br><br>GIDEON CONTRACTING, LLC, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00189-JLT-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE AND REQUIRING EITHER THE PARTIES STIPULATE TO EXTENSION OF TIME TO ANSWER, OR PLAINTIFF TO FILE REQUEST FOR ENTRY OF DEFAULT<br><br>(ECF Nos. 8, 9)<br><br>**SEVEN DAY DEADLINE** |

On February 8, 2023, Janai Loui ("Plaintiff") filed this action. (ECF No. 1.) A summons was returned executed on April 4, 2023, proffering service was completed on Defendant Gideon Contracting, LLC, on March 15, 2023, with an answer due April 5, 2023. (ECF No. 6.) A summons was returned executed on May 1, 2023, proffering service was completed on Defendant Daniel Tyson, on April 22, 2023, with an answer due May 15, 2023. (ECF No. 7.)

No responsive pleadings had been filed, nor a request for entry of default as to Defendant Gideon Contracting, and therefore, in advance of the scheduling conference set for May 23, 2023, on May 8, 2023, the Court ordered Plaintiff to either file a request for entry of default on the non-responding Defendants, or some other notice regarding the status of this action regarding readiness to proceed into the scheduling conference. (ECF No. 8.) The Court also specified that if Defendants have or will serve an answer, and the parties intend to proceed as normal into the

scheduling conference, Plaintiff would not be required to file any additional notice prior to the date the scheduling report is due, May 16, 2023, and the parties may simply file such scheduling report on that deadline.

On May 16, 2023, Plaintiff and Defendant Gideon Contracting filed a joint scheduling report. (ECF No. 9.) Therein, at one point, the parties proffer "[a]ll Defendants have been served and will file a responsive pleading," that "Defendant WILLIS DANIEL TYSON was inadvertently named in Plaintiff's Complaint as DANIEL TYSON ("Tyson")," and that "Defendant Tyson is currently unrepresented and seeking counsel. (Id. at 2.)  At another point, Defendant Gideon Contracting states "[i]t is Defendant's understanding that Plaintiff has served Defendant Daniel Tyson ("Tyson")," and that "Defendant has been in communication with Tyson regarding Tyson's retention of counsel and anticipates that he will retain counsel in advance of the mandatory scheduling conference." (Id. at 4.)

The Court does not find this matter ready to proceed into the scheduling conference, and it shall be continued, given there could be an issue as to whether Defendant Tyson was incorrectly named in the complaint, it is unclear whether that impacts service, and in that regard, it is not clear whether Tyson will retain counsel, and whether once counsel is retained, whether Tyson will file an answer rather than a motion to dismiss, challenge service, or otherwise. Further, to the extent Defendants were properly served and have not filed answers, the Court expects either the parties to stipulate to an extension of time to file a responsive pleading and file such responsive pleading, or for Plaintiff to file a request for entry of default, in advance of the scheduling conference.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for May 23, 2023, is CONTINUED to **July 26, 2023, at 11:00 a.m.**;

2. The parties shall file an amended joint scheduling report **at least seven (7) days** prior to the scheduling conference; and

3. **Within seven (7) days of entry of this order**, the parties shall either file a stipulated extension of time to file a responsive pleading *nunc pro tunc*, or Plaintiff shall file requests for entry of default against any Defendant that has not filed an answer.

IT IS SO ORDERED.

Dated: __May 17, 2023__

UNITED STATES MAGISTRATE JUDGE