# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAI LOUI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIDEON CONTRACTING, LLC, et al.,<br><br>　　　　Defendants. | Case No.  1:23-cv-00189-JLT-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 11) |

　　　　Plaintiff initiated this action on February 8, 2023.  (ECF No. 1.)  The action is currently proceeding on the operative first amended complaint, filed April 4, 2023.  (ECF No. 5.)  On May 17, 2023, the Court ordered the parties to either stipulate to an extension of time to answer, or for Plaintiff to file requests for entry of default.  (ECF No. 10.)  The initial scheduling conference is currently set for July 26, 2023.  (Id.)

　　　　On May 22, 2023, the parties filed a stipulated request to extend the deadline for each Defendant to respond to the complaint.  (ECF No. 11.)  The Court finds good cause exists to grant the requested extensions.

　　　　Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

　　　　1.　　The deadline for Defendant Gideon Contracting, LLC to respond to the first amended complaint is extended to **May 22, 2023**; and

1

2. The deadline for Defendant Tyson to respond to the first amended complaint is extended to **May 31, 2023.**

IT IS SO ORDERED.

Dated:   **May 22, 2023**

UNITED STATES MAGISTRATE JUDGE