# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAI LOUI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIDEON CONTRACTING, LLC, et al.,<br><br>　　　　Defendants. | Case No.  1:23-cv-00189-JLT-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 14) |

　　　　Plaintiff initiated this action on February 8, 2023.  (ECF No. 1.)  The action is currently proceeding on the operative first amended complaint, filed April 4, 2023.  (ECF No. 5.)  On May 17, 2023, the Court ordered the parties to either stipulate to an extension of time to answer, or for Plaintiff to file requests for entry of default.  (ECF No. 10.)  On May 22, 2023, the Court granted the parties' stipulated request to extend the deadline for each Defendant to respond to the complaint.  (ECF Nos. 11, 12.)  On May 22, 2023, Defendant Gideon Contracting, LLC, filed an answer.  (ECF No. 13.)  On May 31, 2023, the parties filed a stipulated request to further extend the time for Defendant Willis Daniel Tyson to file an answer, from May 31, 2023, to June 14, 2023.  (ECF No. 14.)  The Court finds good cause to grant the stipulated request.

/ / /

/ / /

/ / /

1

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendant Willis Daniel Tyson to respond to the first amended complaint is extended to **June 14, 2023.**

IT IS SO ORDERED.

Dated: **June 1, 2023**

UNITED STATES MAGISTRATE JUDGE