UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAI LOUI,<br><br>     Plaintiff,<br><br>     v.<br><br>GIDEON CONTRACTING, LLC, et al.,<br><br>     Defendants. | Case No.  1:23-cv-00189-JLT-SAB<br><br>ORDER ENTERING STIPULATION, DEEMING FIRST AMENDED COMPLAINT AMENDED, CORRECTING REFERENCES TO PARTY NAME, AND DIRECTING CLERK OF COURT TO UPDATE DOCKET<br><br>(ECF Nos. 5, 16) |

On June 13, 2023, the parties filed a stipulation to amend the case caption.  (ECF No. 16.) Specifically, the filing proffers that the first amended complaint filed on April 4, 2023, incorrectly named Defendant "Willis Daniel Tyson," as "Daniel Tyson."  The parties have agreed that the "above-captioned case shall be amended by correcting the name of the Defendant wherever it appears throughout the record [of] the case."  (ECF No. 16 at 3.)  The Court finds the most prudent action is to give effect to the parties' stipulation through a Rule 15 amendment of the complaint, incorporating the name change *nunc pro tunc* into the record, and directing the Clerk of the Court to update the docket in this action.  See Fed. R. Civ. P. 15(a)(2) ("In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires.").

/ / /

/ / /

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's first amended complaint (ECF No. 5), is DEEMED AMENDED to reflect the correct name of Defendant as "Willis Daniel Tyson," rather than "Daniel Tyson";

2. All previous references in the record to "Daniel Tyson" shall instead refer to the correctly named Defendant "Willis Daniel Tyson", *nunc pro tunc*; and

3. The Clerk of the Court is DIRECTED to adjust the docket in this action to reflect the correct name of Defendant as "Willis Daniel Tyson," rather than "Daniel Tyson."

IT IS SO ORDERED.

Dated: **June 13, 2023**

_____
UNITED STATES MAGISTRATE JUDGE