# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAI LOUI,<br><br>            Plaintiff,<br><br>      v.<br><br>GIDEON CONTRACTING, LLC, et al.,<br><br>            Defendants. | Case No. 1:23-cv-00189-JLT-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 26) |

A scheduling order was issued in this matter on August 15, 2023. (ECF No. 22.) The scheduling order contains the following dates and deadlines:

1. Nonexpert Discovery Deadline: **May 13, 2024**;
2. Expert Disclosure Deadline: **July 1, 2024**;
3. Supplemental Expert Disclosure Deadline: **July 29, 2024**;
4. Expert Discovery Deadline: **September 30, 2024**;
5. Dispositive Motion Deadline: **August 30, 2024**;
6. Pretrial Conference: **February 10, 2025,** at **1:30 p.m.,** in **Courtroom 4**; and
7. Trial: **April 1, 2025**, at **8:30 a.m.**, in **Courtroom 4**.

(ECF No. 22.)

On April 12, 2024, the parties filed a stipulated motion to continue the nonexpert

1

discovery deadline and all subsequent deadlines—except for the pretrial conference and trial dates—by approximately 60 days. (Id. at 5.) The parties proffer the continuance will allow the parties to complete necessary document production procedures and depositions of material percipient witnesses. (Id.)

The parties do not request a modification to the pretrial conference currently set for February 10, 2025 or trial set for April 1, 2025. However, the parties' requested 60-day extension of the dispositive motion date to October 30, 2024 does not allow the District Judge, whose schedule is extremely impacted, sufficient time to review and issue a ruling on any potential dispositive motions filed by the parties prior to the current pretrial conference date. The shortened timeframe would cause undue burden on the District Judge. Accordingly, the Court will continue the pretrial conference to February 24, 2025 and trial to April 22, 2025 to afford the District Judge sufficient time to issue rulings on any dispositive motions filed by the parties.

Based on the proffered reasons, the Court finds good cause to grant the parties' requested modification to the scheduling order.[1]

///
///
///
///
///
///
///
///
///

---

[1] In the Court's August 15, 2023 scheduling order, the Court noted that "**Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested. The parties are advised that due to the impacted nature of civil cases on the district judges in the Eastern District of California, Fresno Division, that stipulations to continue set dates are disfavored and will not be granted absent good cause**." (ECF No. 22 at 7 (emphasis in original).) The Court recognizes the parties' deficiencies in the instant motion by failing to file an affidavit, declaration, or other appropriate exhibit establishing good cause for granting the instant motion; however, in the interest of expediency, preserving court resources, and given the timely agreement of the parties, the Court finds good cause to grant the parties' stipulated request.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the scheduling order (ECF No. 22) is granted. The scheduling order is thus modified as follows:

   a. Nonexpert Discovery Deadline: **July 12, 2024**;

   b. Expert Disclosure Deadline: **September 1, 2024**;

   c. Supplemental Expert Disclosure Deadline: **September 29, 2024**;

   d. Expert Discovery Deadline: **November 29, 2024**;

   e. Dispositive Motion Deadline: **October 30, 2024**;

   f. Pretrial Conference: **February 24, 2025,** at **1:30 p.m.,** in **Courtroom 4**, before District Judge Jennifer L. Thurston; and

   g. Trial: **April 22, 2025**, at **8:30 a.m.**, in **Courtroom 4**, before District Judge Jennifer L. Thurston.

2. All other aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **April 15, 2024**

UNITED STATES MAGISTRATE JUDGE