# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAI LOUI,<br><br>    Plaintiff,<br><br>    v.<br><br>GIDEON CONTRACTING, LLC, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00189-JLT-SAB<br><br>ORDER RE STIPULATED MOTION TO STAY ACTION<br><br>(ECF No. 30)<br><br>**JULY 8, 2024 DEADLINE** |

    Plaintiff initiated this action on February 8, 2023. (ECF No. 1.) A scheduling order issued on August 15, 2023, which was subsequently modified on April 15, 2024. (ECF Nos. 22, 27.) The modified deadlines are as follows: non-expert discovery on July 12, 2024; expert disclosure on September 1, 2024; supplemental expert disclosure on September 29, 2024; expert discovery on November 29, 2024; deadline to file dispositive motions on October 30, 2024; pretrial conference on February 24, 2025; and jury trial set to commence on April 22, 2025. (ECF No. 27.)

    On June 12, 2024, the parties filed a joint stipulation to stay the action pending private mediation, which is set for June 27, 2024. (ECF No. 30.) The parties proffer that they desire to stay this action and vacate all deadlines and hearings to afford them an opportunity to resolve this lawsuit before continuing proceedings. (Id. at 4.) The parties stipulate that within ten (10) days following the June 27, 2024 mediation, the parties will file a joint statement informing the

Court about the mediation's outcome and, if necessary, propose new discovery and dispositive motion deadlines. (Id.) The parties agree that in the event that mediation does not result in a resolution of the matter, all stayed proceedings, including discovery, will resume immediately upon filing the joint statement, and new deadlines will be proposed to and decided by the Court at that time. (Id.)

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion to stay this action pending the parties' June 27, 2024 mediation (ECF No. 30) is GRANTED;
2. All pending matters and dates are VACATED;
3. This matter is STAYED until **July 8, 2024**; and
4. On or before **July 8, 2024,** the parties shall file either a notice of settlement or a joint status report proposing new discovery and dispositive motion deadlines, and pretrial conference and trial dates.

IT IS SO ORDERED.

Dated: **June 13, 2024**

UNITED STATES MAGISTRATE JUDGE