# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAI LOUI,<br><br>    Plaintiff,<br><br>    v.<br><br>GIDEON CONTRACTING, LLC, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00189-JLT-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 33)<br><br>**DEADLINE: FORTY-FIVE DAYS** |

On July 8, 2024, a notice of settlement was filed informing the Court that Plaintiff Janai Loui, Defendant Gideon Contracting LLC, and Defendant Willis Daniel Tyson have reached an agreement to resolve this action in its entirety. (ECF No. 33.)  The parties have requested forty-five days in which to file dispositive documents.

Accordingly, it is HEREBY ORDERED that the parties shall file dispositional documents within **forty-five (45) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **July 9, 2024**

UNITED STATES MAGISTRATE JUDGE